Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65341.—Metasco, Inc., et al. *v.* United States, protests 60/7484–11286, etc. (Chicago).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65342.—American Machine & Foundry Co., Hercules Division, et al. *v.* United States, protests 60/19753, etc. (Portland, Oreg.).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65343.—F. B. Vandegrift & Co., Inc. *v.* United States, protests 309084–K and 313785–K (Philadelphia).

Opinion by LAWRENCE, J.  In accordance with oral stipulation of counsel that the merchandise consists of electrical lamps designed for use and used only on bicycles and that the bicycles cannot be operated efficiently and safely at night on highways without such or similar lamps, the claim of the plaintiff was sustained.